UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN GILLEN STARR, | No. 2:16-cv-0510 KJM KJN P |
| Petitioner, | |
| v. | ORDER |
| CANO, | |
| Respondent. | |

Petitioner is a state prisoner proceeding without counsel. On May 4, 2016, petitioner filed a document styled, "Notice of Motion for Summary Judgment in Appellant's Favor," seeking to have his sentence vacated. (ECF No. 16.) However, the court has not yet directed respondent to file an answer. Indeed, on March 17, 2016, the undersigned recommended that this action be "dismissed without prejudice to its re-filing upon obtaining authorization from the United States Court of Appeals for the Ninth Circuit." (ECF No. 5 at 2.) Petitioner's objections are pending before the district court. Thus, petitioner's motion is premature and is denied without prejudice.

Accordingly, IT IS HEREBY ORDERED that petitioner's May 4, 2016 motion (ECF No. 16) is denied without prejudice.

Dated: May 9, 2016

/star0510.den

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1